FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUGO ENRIQUE DAVADI,<br>Defendant. | No. 1:24-CR-02015-SAB-1<br><br>**ORDER DISMISSING ACTION; CLOSING THE FILE** |

On September 30, 2026, Defendant was sentenced to 144-month imprisonment in a related case, 1:24-CR-2027-SAB-32. After Defendant was sentenced, the United States orally moved to dismiss this case, consistent with the plea agreement entered into in the related case. The Court granted the motion, and this Order memorializes the Court's oral ruling.

Accordingly, **IT IS ORDERED**:

1. The above-captioned case is **DISMISSED** with prejudice.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of October 2026.

Stan Bastian
Chief United States District Judge